IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| SHELITHA R PARKS, | * |
| Plaintiff, | * |
| vs. | * No. 4:13CV000204 SWW |
| CENTRAL ARKANSAS TRANSIT, | * |
| Defendant. | * |

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| SHELITHA R PARKS, | * |
| Plaintiff, | * |
| vs. | * No. 4:13CV000205 SWW |
| CENTRAL ARKANSAS TRANSIT, | * |
| Defendant. | * |

**Judgment**

Pursuant to the Memorandum and Order entered in this matter on this date, plaintiff's complaints are dismissed with prejudice. The relief sought is denied.

DATED this 1st day of April, 2014.

*/s/ Susan Webber Wright*
UNITED STATES DISTRICT JUDGE